IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN F. HUTCHINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-09-321-C |
| ) | |
| JIM FLIPSKY, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Doyle W. Argo on September 30, 2009. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 27) is adopted and Defendants' Motions for Summary Judgment (Dkt. Nos. 25 & 26) are granted. A judgment shall enter accordingly.

IT IS SO ORDERED this 30th day of October, 2009.

ROBIN J. CAUTHRON
United States District Judge